ion by Presiding Justice Tuohy. Not to be published in full. Opinion filed April 1, 1952; rehearing denied April 14, 1952; released for publication May 23, 1952.

## City of Chicago, Appellee, v. Tom Moretti, Appellant.

### Gen. No. 45,571.

Myer H. Gladstone, Allan R. Block, and Sidney Z. Tepper, for appellant; Myer H. Gladstone, of counsel; John J. Mortimer, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Harry A. Iseberg, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

## Marlene Seaholm, a Minor, by Delphine Seaholm, her Mother and Next Friend, Appellant, v. Frank C. Davis, Appellee.

### Gen. No. 45,609.

Guerine &
Guerine, for appellant; Guy C. Guerine, of counsel; Wyatt Jacobs, for appellee; Charles E. Heckler, and Robert O. Rooney, of counsel. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

## Associates Discount Corporation, Appellee, v. Bernice Schwartz et al., Appellant.

### Gen. No. 45,589.

Root
& Harman, and Edward W. Sowin, for appellant; Rittenberg, Schulz, DeJohn & Mayer, for appellee. Opinion by Justice Robson. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

## The Chicago Club, Appellee, v. Wadia Basil, Appellant.

### Gen. No. 45,639.